No. 92–1711. GREGG v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–1861. CURTIS v. UNITED STATES; WHITE v. UNITED STATES; BLAKE v. UNITED STATES; SIMPSON v. UNITED STATES; and NICHOLS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–9033. RUD v. UNITED STATES. Ct. Mil. App. Certiorari denied.